Page 1 of 2

# Petty Offense Docket Sheet and Judgment Order
## For 11/13/2019 at 10:00 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Oct 29, 2019

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA44 7799853 FTA ☐ | M | BARNES, BRIAN W<br>199 MALLEY ROAD<br>MOUNT OLIVE, MS 39119<br>SSN: ###-##-4575<br>Drivers License: #####5125 MS | SIMPLE ASSAULT BY PUSHING AMAN<br>18USC113<br>Issued: 08/24/2019 by ROCHE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 9160177 FTA ☐ | O | BUQUOI, KYLON L<br>215 LONESOME PINES RD<br>LAUREL, MS 39443<br>SSN: ###-##-9247<br>Drivers License: #####6463 MS | DOGS ON BEACH<br>50CFR26.22(a)<br>Issued: 08/04/2019 by MCCLELLAND<br>Original Amount: 80.00<br>Current Due: 80.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA44 7799856 FTA ☐ | M | CARLISLE, DAWN M<br>1 ROYALTY COURT<br>FLORISSANT, MO 63034<br>SSN: ###-##-6169<br>Drivers License: #####24005 MO | ASSAULT/ADMITTING TO HITTING J<br>18USC113<br>Issued: 08/23/2019 by ROCHE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA44 7799854 FTA ☐ | M | DICKTEN, AMANDA J<br>218 DEWITT FLYNT ROAD<br>MENDENHALL, MS 39114<br>SSN: ###-##-6777<br>Drivers License: #####0504 MS | ADMITTED TO HITTING BRIAN BARN<br>18USC113<br>Issued: 08/24/2019 by ROCHE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

Page 2 of 2

# Petty Offense Docket Sheet and Judgment Order
## For 11/13/2019 at 10:00 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Oct 29, 2019

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA44 7799855 FTA ☐ | M | FRAZIER, DYLON P<br>38 RAILROAD AVE<br>NETCONG, NJ 07857<br>SSN: ###-##-7809<br>Drivers License: #####1857703982 NJ | ADMITTED TO HITTING/CHOKING<br>18USC113<br>Issued: 08/23/2019 by ROCHE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA44 7799852 FTA ☐ | M | SAMY, AMAL L<br>16650 HIGHWAY 43<br>MOUNT VERNON, AL 36560<br>SSN:<br>Drivers License: #####98 AL | ATTEMPT TO TOUCH MASSAGE TECHN<br>18USC2242<br>Issued: 08/21/2019 by ROCHE<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 9160381 FTA ☐ | O | SPRINGSTEEN, RYAN M<br>12810 BENDER RD<br>FOLEY, AL 36535<br>SSN: ###-##-5020<br>Drivers License: #####18 AL | DOG ON REFUGE<br>50CFR26.22(a)<br>Issued: 08/31/2019 by BLY<br>Original Amount: 80.00<br>Current Due: 80.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** MLAL

**Date:** 11/13/2019

**Time:** 10:00 AM

**Tape Number(s)** _____

**Time in Court: Hours:** _____   **Minutes:** _____

**Presiding Judge:** _____   **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.